# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 7, 2024

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 24-1492 | NATIONAL WILDLIFE REFUGE ASSOCIATION, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> RURAL UTILITIES SERVICE, et al., <br> Defendants - Appellees <br><br> v. <br><br> ITC MIDWEST LLC and DAIRYLAND POWER COOPERATIVE, <br> Intervening Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:24-cv-00139-wmc <br> Western District of Wisconsin <br> District Judge William M. Conley ||

Upon consideration of the **PLAINTIFFS-APPELLEES' EMERGENCY MOTION FOR EXPEDITED CLARIFICATION OF THIS COURT'S MAY 2, 2024 ORDER**, filed on May 6, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)